FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUN 28 2019 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SIANNA STEWART,

                                        Plaintiff,

-against-

CITY OF NEW YORK, P.O. MATTHEW FAGAN [SHIELD #12114], SERGEANT AVINASH PATEL [SHIELD # 5322], P.O. UMAR KHITAB [SHIELD # 20552], P.O. KEENEN ADAMSEDWARDS [SHIELD #10378], P.O. CHRISTIAN VALENZUELA [SHIELD #19271], and SERGEANT VICTOR PARIBELLO,

                                        Defendants.

------------------------------------------------------------x

STIPULATION AND
ORDER OF DISMISSAL

18 Civ. 4841 (ENV) (LB)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
        June 27, 2019

UGO UZOH, P.C.
*Attorneys for Plaintiff*
304 Livingston Street, Suite 2R
Brooklyn, New York 11217

By: _____
Ugochukwu Uzoh
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendants City of New York, Fagan, Khitab, and Patel*
100 Church Street, 3rd Floor
New York, New York 10007

By: /s/ Brachah Goykadosh 6/27/19

Brachah Goykadosh
*Assistant Corporation Counsel*

SO ORDERED:

/s/ USDJ ERIC N. VITALIANO
HON. ERIC N VITALIANO
UNITED STATES DISTRICT JUDGE

Dated: June 28, 2019

2